UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr1188-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO FILE A FORFEITURE ADDENDUM AND ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ELAN LEROY GWYNN, | |
| Defendant. | |

WHEREAS, in the Information, the United States charged the Defendant, ELAN LEROY GWYNN ("Defendant"), with the violation of Title 49, United States Code, Section 46505, in that Defendant, when attempting to board an aircraft, did knowingly have in his property a concealed dangerous weapon, to wit: a Glock 19 replica ghost gun with a fifteen-round magazine loaded with eleven 9 millimeter rounds of ammunition, that was and would have been accessible to him in flight; and

WHEREAS, on or about August 6, 2020, Defendant pled guilty before Magistrate Judge Mitchell D. Dembin to the one-count Information; and

WHEREAS, on September 3, 2020 this Court accepted the guilty plea of Defendant; and

WHEREAS, on February 24, 2021, a signed Forfeiture Addendum was sent to the Court, along with an Ex Parte Motion for Leave to File a Forfeiture Addendum.

//

In this Addendum, Defendant consented to the forfeiture of all property seized in connection with this case, including, but not limited to:

    (1)    a Glock 19 replica ghost gun; and

    (2)    approximately eleven 9 millimeter rounds of ammunition; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement and Forfeiture Addendum, the United States has established the requisite nexus between the above assets and the offense; and

WHEREAS, the assets to which Defendant pled are currently in the custody of the San Diego Police Department (SDPD); and

WHEREAS, the United States, having submitted the Ex Parte Motion and Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Government's Ex Parte Motion for Leave to File a Forfeiture Addendum is granted. The forfeiture addendum is directed to be filed by the Clerk of Court and made a part of the record in this case.

2. Based upon the guilty plea of the Defendant, all right, title and interest of Defendant ELAN LEROY GWYNN in the gun and ammunition, which are currently in the custody of the San Diego Police Department, are hereby forfeited to the United States. The Court orders that the San Diego Police Department shall dispose of these forfeited assets according to law, when no longer needed for evidence:

    (1)    a Glock 19 replica ghost gun; and

    (2)    approximately eleven 9 millimeter rounds of ammunition.

//
//
//

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

Dated: February 26, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge