UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr1188-JLS |
|---|---|
| Plaintiff, | ORDER DIRECTING TRANSFER OF FUNDS FOR APPLICATION TO FINE |
| v. | |
| ELAN LEROY GWYNN, | |
| Defendant. | |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED:

The Joint Motion is approved. On March 12, 2021, this Court entered its Judgment in a Criminal Case as to Defendant ELAN LEROY GWYNN. In the Judgment, the Court imposed a fine in the amount of $5,000.00.

The Federal Bureau of Investigation (FBI) is in possession of $530.00 which was seized from Defendant. The Court hereby orders the FBI to transfer the funds it has in its possession in the amount of $530.00 to the Clerk of the District Court for application to the fine.

IT IS SO ORDERED.

Dated: May 27, 2021

Hon. Janis L. Sammartino
United States District Judge